**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-7267**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DWAINE FRANCIS TEEL,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. James C. Fox, Senior District Judge. (CR-95-55-F, CA-98-132-4-F)

───────────────

Submitted: December 7, 2001      Decided: January 16, 2002

───────────────

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Dwaine Francis Teel, Appellant Pro Se. Yvonne Victoria Watford-McKinney, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwaine Francis Teel seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Teel, Nos. CR-95-55-F; CA-98-132-4-F (E.D.N.C. July 23, 2001). We deny the motion to authorize preparation of transcripts and production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED